PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Dwayne Northern                    Cr.: 20-00713-001
                                                                          PACTS #: 6547683

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/21/2020

Original Offense:    Count One: Conspiracy to Possess with Intent to Distribute Heroin
                     Count Two: Distribute and Possess with Intent to Distribute Heroin

Original Sentence: 51 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Gambling Restriction, Prohibition on Gangs, Life Skills Counseling/Education, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/12/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On December 6, 2022, the IUS provided a urine sample which tested positive for THC.  The IUS admitted to using marijuana over the Thanksgiving weekend and signed an admission form. |

U.S. Probation Officer Action:
The IUS participated and completed RDAP and TDAT while in the Bureau of Prisons and the residential reentry center.  Based on his admitted drug use, he is being referred for a substance abuse assessment and has agreed to attend treatment if it is deemed necessary.  At this time, it is recommended no formal action be taken by the Court.

                                            Respectfully submitted,

                                            SUSAN M. SMALLEY, Chief
                                            U.S. Probation Officer

                                            *Patrick Hattersley/SGM*

                                         By:   PATRICK HATTERSLEY
                                               Senior U.S. Probation Officer

Prob 12A – page 2
Dwayne Northern

/ ph

APPROVED:

_____  12/20/2022
SUZANNE GOLDA-MARTINEZ            Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[x]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

dEC. 21, 2022
_____
Date